**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                     **Plaintiff,**

    -against-

**TIMOTHY CANTY,**

                     **Defendant.**

-------------------------------------------------------------------- x

**15-CR-255 (ALC)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/2/21

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Violation of Supervised Release Hearing is set for **February 16, 2021** at **10:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     **New York, New York**
             **February 2, 2021**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**