USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/15/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                **Plaintiff,**

    -against-

TIMOTHY CANTY,

               **Defendant.**

------------------------------------------------------------------- x

15-CR-255 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Telephone Sentencing on the violation of supervised release scheduled for today is adjourned to **2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **March 15, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**